**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| CONSTANCE MOSELEY, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 2:25-cv-02582-SHL-cgc |
| MATTHEW THORNTON and JIT-EX, LLC, | ) ) ) | |
| Defendants. | ) ) | |

**JUDGMENT**

**JUDGMENT BY COURT.**  This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed June 9, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Dismissal with Prejudice (Case No. 25-cv-02580, ECF No. 48), filed April 16, 2026, all claims by Plaintiff against Defendants are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

April 16, 2026
Date